

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Texas Education Agency v. H.C.V.

Appellate case number:      01-17-00210-CV

Trial court case number:    2016-30247

Trial court:                113th District Court of Harris County

Appellant, Texas Education Agency, has filed a notice of appeal of the trial court's "Order for Expunction of Records." *See* TEX. CODE CRIM. PROC. ANN. art. 55.02, § 3(a) (Vernon Supp. 2016). Appellee, H.C.V., has filed a motion to seal the clerk's record. We **grant** the motion. The Clerk of this Court is directed to seal the clerk's record filed in this appeal on April 13, 2017.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
            ☑ Acting individually    ☐ Acting for the Court

Date: September 19, 2017